Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Habiba Rahman
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

FBI
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case: 1:22-cv-01211
Assigned To : McFadden, Trevor N.
Assign. Date : 6/10/2022
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Habiba Rahman
Street Address: 10 Sheridan Ave
City and County: Paterson, Passaic County
State and Zip Code: New Jersey, 07502
Telephone Number: 973-636-8043
E-mail Address:

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

RECEIVED
JUN 10 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name: Federal Bureau Investigation (FBI)

    Job or Title *(if known)*:

    Street Address: 935 Pennsylvania Avenue NW

    City and County: Washington

    State and Zip Code: District of Columbia, 20535

    Telephone Number: (202)-324-3000

    E-mail Address *(if known)*:

Defendant No. 2

    Name:

    Job or Title *(if known)*:

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address *(if known)*:

Defendant No. 3

    Name:

    Job or Title *(if known)*:

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address *(if known)*:

Defendant No. 4

    Name:

    Job or Title *(if known)*:

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of federal laws

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Reported crimes of hacking, tresspassing onto our property, stalking, and devices monitoring me and my family to the FBI in October 2021. They did not contact me regarding my reports. Reported suspected bombs placed in our house to the FBI in December 2021. They did not investigate our house or provide me any information. Contacted the FBI in February 2022 to provide further information about crimes occurring in my house. They neglected to provide any form of help to us and forced me and my family to live in an enviornment we are being harmed in. *Attached Documents

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Monetary compensation for loss of wages, loss of privacy, property damage, harm and injuries, mental, physical, and psychological trauma, discrimination, malpractice and negligence in handling our case, violation of Federal laws, violation of our civil rights.

# Federal Bureau Investigation (FBI)

Oct 2021 — Went to the FBI location in Claremont Tower, 11 Centre Place, Newark, N.J 07102

- Prevented from calling the FBI from inside my home
    - Hack into my personal devices to monitor me and know my location
    - Increase in damaging our property
    - Stalked in public by cars, drones, devices, and suspected people and those who are connected to them

- Told the guard in the FBI building I am a person who is targetted and can be killed for coming here
    - The guard told me to make an appointment in order to enter the building and speak to an agent
    - He told me to go to the Police Department to report them

- Called the FBI location in Newark, N.J to make an appointment but they transferred my call to the FBI tipline
    - Provided personal information about myself and reported crimes occuring in my home

Oct 2021 — Knew I was being stalked and monitored while I was in Newark, N.J

- Went to a Islamic Bookstore, where the store owner gave me the landline phone to use when I asked to use it
    - Called the FBI location in Newark, N.J to make an appointment but the woman refused to make me one

- Contacted the Prosecutor's Office in Paterson, N.J and was shouted by the woman after reporting crimes occuring in my home
    - Told me to call the Paterson Police Department

- Called the Paterson Police Department to speak to them privately and reported to them but they did not give me the help I needed

Oct 2021 - Reported Information I Have Gathered of Those I Suspect to the FBI
- Reported those I suspect of tresspassing in my property, stalking me and my family, and monitoring me with devices

- The woman told me she entered information I provided about the identity of the suspects into the database
    - I was told they can not help with crimes related to tresspassing and the P.P.D has to do it

- Told to report the crimes to the FBI's Internet Complaint Website

Oct 2021 - Went to Montclair State University in Montclair, N.J to use a safe computer to report to the FBI's IC3.gov website
- Reported and described the crimes stated above

- Reported the home address, license plate #'s, and suspected people and those who are connected to them in my complaint

Dec 2021 - Reported suspected bombs placed inside and outside my house to the FBI
- Spoke to the FBI's operator and mentioned signs of smell, temperature, and sounds related to bombs placed in my room

- Asked who I suspected and mentioned people I reported to the Paterson Police Department and FBI

- Called 3 times to make sure my information was taken, and I will be able to receive help

- My case was referred to the Paterson Police Department who sent a Police Officer to my house
    - He did not enter my house and questioned me loudly about bombs
    - I explained I felt uncomfortable speaking about this outside
    - He did not give me an answer and walked away

Feb 2022 - Called the FBI to Provide Further Information On My Case

- Spoke to the woman in the FBI's Newark, N.J location and asked to speak with someone in a higher position
    - Did not get transfered and the phone call was cancelled

- Called the FBI tipline to explain my situation and provide more details on my case
    - The woman claimed the FBI does not have the power and ability to help me in my case
    - She hung up the call while I was trying to provide more details

# Habiba Rahman

## Age Discrimination

- Due to my age, I could've been neglected because I have the ability to do things on my own and would've been treated differently if I was a child

## Race Discrimination

- Our ethnic background could've changed the minds of Law Enforcement Officials to not wanting to help me and my family
- Due to devices monitoring us; our house, enviornment, and the way we are living was seen, and cause us to be discriminated and prevented from being helped

## Class Discrimination

- Possibly seen as lower class citizens who Law Enforcement Officials might believe are not deserving of help, and cared for in our situation
- Law Enforcement Officials have the knowledge we are a low income household and do not have the capabilities to change our circumstance and need others to help

## Discrimination of Religion

- Seen as a muslim family who practices the religion of Islam
- Outwardly show my faith by wearing a hijab in public

# Invasion of Privacy

- Law Enforcement Officials refusing to remove the monitoring devices which have the capability to watch, see, and hear us inside our home.
    - They have the power, authority, and capability to remove people who hacked into the devices and are invading our privacy

- Law Enforcement Officials entering the devices, and knowing personal information about us, and our life

- Inability to use my phone and computer in a secure and private manner due to people who hacked into our devices

- Our personal information and identity are accessible to those who hacked into the devices
    - Knowledge of our names, home address, phone numbers, ID's, and personal account information

- Violation of my rights, and my family's rights to privacy and security

# Violation of local, state, and federal laws and regulation

# Violation of the Constitutional Amendment

# Negligence in Handling Our Case

# Mental, Physical, and Psychological harm, injuries, and trauma I am still encountering and battling

# Can Not Sell House

- Monitoring devices are hidden in multiple rooms in my house and Law Enforcement Officials did not investigate or remove them

- Suspected bombs placed inside my house
    - Sound of defused bomb makes noise in my siblings room

- Invasion of privacy due to devices being able to monitor people and steal personal information and use it in various ways

- Violation of local, state, and federal laws and regulation to sell this house with devices placed inside, which have the capability to harm a person in malicious ways

Damages to my house due to tresspassers entering my property and placing items in my ceiling

# Forced to Remove Myself from this Enviornment

- Know I am a person who is targetted and people I suspect of committing crimes against me live in my neighborhood and stalked me in public and placed devices in my house

- Suspect the next door neighbor of hacking into the monitoring devices
    - Hear sound of someone trying to break my bathroom walls
    - The next door neighbor was seen outside his house and speaking on the phone while he was watching the Police Officer take my account

works for the City of Paterson in one of their departments and seen driving their vehicle

- Hear movements in the wall in mine and my siblings room from the next door neighbor's house

• Suspect the next door neighbor or people in my neighborhood of tresspassing in our property

- Hear footsteps of the tresspasser walking in my roof multiple times of the day

- Sound of hammering in my roof and movement of things in my ceiling

• Feel the electric magnetic radiation being used on my head for extensive period of time causing excrutiating pain and difficulty lifting my head

Loss of Wages due to crimes being committed against me

During the time, I was waiting for help from Law Enforcement Agencies, crimes increased in my house and affected me painfully in my mental, physical, and psychological state.

Law Enforcement Agencies had the power, authority, and ability to help change our circumstances to the best of their effort, and prevent long-term negative consequences which can affect and impact our lives for a lifetime.

# Harm and Injuries I Sustained Due to Not Receiving Help

Harm I encountered due to being monitored by devices, tresspassers entering my property and being stalked by people in public

- Extreme anxiety due to being watched, seen, and heard by devices
    - Panic Attacks from the devices being powered on and feeling the vibration
    - Stomach Pain due to infrequent use of the toilet
    - Nausea and vomiting
    - Chronic Fatigue
    - Infrequent Bowel Movement
    - Loss of Appetite
    - Constant feeling of dizziness
- Loss of sleep for consecutive months
    - Infrequent sleep time due to tresspassers entering my roof and opening it
    - Extreme Stress
    - Severe migrane
- Chronic depression due to being stalked by people, cars, drones, and devices
    - Constant feeling of suffocation

Devices are small drones with remote control that are placed inside my house and hidden in multiple rooms including my mattress and ceiling

- Injuries in my body from the devices mechanism being used to harm me
- Lazer
    - Lazer was used to make hole marks in the pelvic area of my pant
    - Bruise in my left leg
    - Bleeding on my lips
    - Bleeding in my private area
    - Difficulty walking due to sharp pain in the hip bone
    - Used on multiple parts of my body
- Electrical Charge in My Body
    - Felt my body jolt with electricity while I am laying in bed or sleeping
    - Knew I was being electrocuted by feeling electrical charge in my body and not having the ability to move my body parts
    - Difficulty in walking and standing for a long duration of time
    - Feeling my body temperature has changed
        - Constant feeling of coldness
        - Shivering due to weakness in my body
    - Affected me in my memory
- Assumping the static and generator sound is Radiation entering from the ceiling
    - Feeling my face and body is pulled when the machine is on
    - Excrutiating pain in my head
    - Constant state of weakness in my limbs
    - Severe nausea
    - Feeling dizziness and lightheaded
    - Difficulty in being awake and feeling heavy sleep overtake me

- Electric Magnetic Radiation
    - Pressed forcefully on my nose and head
    - Burned my lips and made it bleed
    - Sharp pain in my head, eyes, and chest
    - Imitated amputation on my leg and body parts
    - Excrutiating pain in my head from the electric magnetic radiation pressing on my head for extensive period of time
    - Feel the electric magnetic radiation entering my mouth and causing pain in my teeth
    - Pain in my throat
    - Sexual assault from 2-3 electric magnetic radiation imitating sexual acts on me
    - Feeling of burning in my private areas
    - Pain in my private areas
    - Cuts in my hair and eyebrow

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/10/22

Signature of Plaintiff: *Habiba Rahman*
Printed Name of Plaintiff: Habiba Rahman

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address